LAW OFFICES OF BILL LATOUR
JESSICA WARNER [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| REMEDIOS P. ANGELES, ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, Acting Commissioner ) <br> of Social Security, ) <br> ) <br>    Defendant. ) <br> ) | Case No: 5:22-cv-00741-JC <br><br> **ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($4,100.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: August 25, 2023

                                                             /s/
                                      Honorable Jacqueline Chooljian
                                      United States Magistrate Judge